```
FILED       ___ LODGED
___ RECEIVED    ___ COPY

    JUN 0 4 2013

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Carlos Martinez,<br><br>　　　　　Defendant. | No. **CR-13-776-PHX-SRB-((DKD)**<br><br>**INDICTMENT**  *REDACTED FOR PUBLIC DISCLOSURE*<br><br>VIO:　18 U.S.C. § 1709<br>　　　(Theft of Mail by Postal Employee)<br>　　　Counts 1-4 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about January 9, 2013, in the District of Arizona, CARLOS MARTINEZ, an employee of the United States Postal Service, did knowingly and unlawfully remove from and embezzle mail matter and the contents of mail matter, which had come into his possession intended to be conveyed by mail, or carried, conveyed or delivered by any person employed by the United States Postal Service, namely First Class letter addressed to E.G., in Phoenix, Arizona 85006.

In violation of Title 18, United States Code, Section 1709.

### COUNT 2

On or about February 1, 2013, in the District of Arizona, CARLOS MARTINEZ, an employee of the United States Postal Service, did knowingly and unlawfully embezzle mail matter and the contents of mail matter, which had come into his possession intended to be conveyed by mail, or carried, conveyed or delivered by any person employed by the

United States Postal Service, namely First Class letter addressed to J.P., of Phoenix, Arizona 85006.

In violation of Title 18, United States Code, Section 1709.

## COUNT 3

On or about January 29, 2013, in the District of Arizona, CARLOS MARTINEZ, an employee of the United States Postal Service, did knowingly and unlawfully embezzle mail matter and the contents of mail matter, which had come into his possession intended to be conveyed by mail, or carried, conveyed or delivered by any person employed by the United States Postal Service, namely First Class letter addressed to J.M., of Phoenix, Arizona.

In violation of Title 18, United States Code, Section 1709.

## COUNT 4

On or about February 1, 2013, in the District of Arizona, CARLOS MARTINEZ, an employee of the United States Postal Service, did knowingly and unlawfully embezzle mail matter and the contents of mail matter, which had come into his possession intended to be conveyed by mail, or carried, conveyed or delivered by any person employed by the United States Postal Service, namely First Class letter addressed to J.C., of Milwaukee, Wisconsin.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date: June 4, 2013

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/

CHARLES F. HYDER
Assistant U.S. Attorney