

U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square  (602) 514-7500
40 N. Central Ave., Suite 1200  Main Fax: (602) 514-7693
Phoenix, AZ 85004-4408

FILED ___ LODGED
RECEIVED ___ COPY
JUN 0 4 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

June 4, 2013

Honorable Steven P. Logan
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 401
401 W. Washington Street, SPC 53
Phoenix, Arizona 85003-2154

**CR-13-776-PHX-SRB-((DKD)**

Re: *United States v. Carlos Martinez*
USAO No. 2013R08737
Court No.

Dear Magistrate Judge Logan:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category and sub-category, if applicable):

☐ A CONFLICT MAY EXIST

  ☐ The case or matter was in this office while you were an Assistant United States Attorney in the OCDETF Unit and/or a Deputy Criminal Chief in the Office of the U.S. Attorney **(December 30, 2001 through August 28, 2010)**. My review of the file indicates you had direct involvement in this matter.

☒ NO PROBABLE CONFLICT

  ☒ (a) The case or matter was not in this office nor was the defendant in a different case or matter in this office while you were an Assistant U.S. Attorney and/or a Deputy Criminal Chief in this Office **(December 30, 2001 through August 28, 2010)**.

  ☐ (b) The case or matter was in this office or the defendant was in a different case or matter in this office while you were an Assistant U.S. Attorney and/or a Deputy Criminal Chief in the Office of the U.S. Attorney for the District of Arizona **(December 30, 2001 through August 28, 2010)**. However, my review of the file indicates you did not have direct involvement in this matter.

Sincerely,

JOHN S. LEONARDO
United States Attorney
District of Arizona

CHARLES F. HYDER
Assistant United States Attorney

CFH/ebl

cc: Attorney for defendant